## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERIACE STONE,** | : | CIVIL NO. 1:15-CV-1734 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 24th day of November, 2015, upon consideration of respondent's motion (Doc. 15) to stay the commonwealth's response on the merits to the petition for writ of habeas corpus, pending disposition of the commonwealth's motion to dismiss as untimely, it is hereby ORDERED that:

1. The motion (Doc. 15) to stay the commonwealth's response on the merits is GRANTED.

2. The commonwealth's response on the merits to petitioner's petition for writ of habeas corpus is STAYED pending disposition of the commonwealth's motion to dismiss as untimely.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania